**UNITED STATES of America,
Plaintiff–Appellee**

v.

**DeJuan THORNTON, Defendant–
Appellant.**

**No. 15–2669.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 21, 2016.

Filed: April 25, 2016.

James E. Reisinger, Reisinger Booth & Associates, P.C., Omaha, NE, for appellant.

DeJuan Thornton, Springfield, MO, pro se.

Cynthia J. Hyde, Asst. U.S. Atty., Springfield, MO (Tammy Dickinson, U.S. Atty., Kansas City, MO, on the brief), for appellee.

Before GRUENDER, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

DeJuan Thornton, a federal prisoner, appeals the district court's [1] order committing him for treatment under 18 U.S.C. § 4245. To be timely, Mr. Thornton's notice of appeal from the final judgment, entered on March 6, 2015, had to be filed by May 5, 2015. *See* Fed. R.App. P.

---

1. The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri, adopting the report and recom-

4(a)(1)(B) (providing 60 days to appeal in civil case involving government as party). The notice of appeal was filed on May 26, 2015. Even if we were to consider it to have been filed on May 19—the date it bears, *cf.* Fed. R.App. P. 4(c)(1) (prison mailbox rule)—it would still be untimely, and therefore we lack jurisdiction over this civil appeal. *See Dieser v. Cont'l Cas. Co.,* 440 F.3d 920, 923 (8th Cir.2006) (holding that requirement of timely notice of appeal is mandatory and jurisdictional, and that federal court will raise jurisdiction issues sua sponte).

Accordingly, the appeal is dismissed, and the pending motions are denied as moot.

---

mendations of the Honorable David P. Rush, United States Magistrate Judge for the Western District of Missouri.